1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10              EASTERN DISTRICT OF CALIFORNIA

11
12    LARRY MCCORVEY,                    )    1:06-cv-00179-LJO-TAG HC
                                         )
13                      Petitioner,      )    ORDER ADOPTING REPORT AND
                                         )    RECOMMENDATION (Doc. 11)
                                         )
14         v.                            )    ORDER DISMISSING AMENDED PETITION
                                         )    FOR WRIT OF HABEAS CORPUS (Doc. 8)
15                                       )
      SUPERIOR COURT,                    )    ORDER DIRECTING CLERK OF COURT
16                                       )    TO ENTER JUDGMENT
                                         )
17                      Respondent.      )
                                         )
18    _____)

19
20         On February 17, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28
      U.S.C. § 2254 in this Court.  Petitioner filed an amended petition on April 11, 2006.  (Doc. 8).
21
22         On February 21, 2007, the Magistrate Judge assigned to the case filed a Report and
      Recommendation recommending the petition for writ of habeas corpus be dismissed because of
23
      Petitioner's failure to prosecute this action.  (Doc. 11). This Report and Recommendation was
24
      served on all parties and contained notice that any objections were to be filed within fifteen days
25
      from the date of service of that order.  To date, the parties have not filed timely objections to the
26
      Report and Recommendation.
27
           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
28

1

1    a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

2    the Magistrate Judge's Report and Recommendation is supported by the record and proper

3    analysis.

4            Accordingly, IT IS HEREBY ORDERED that:

5        1.      The Report and Recommendation, filed February 21, 2007 (Doc. 11), is

6                ADOPTED IN FULL;

7        2.      This amended petition for writ of habeas corpus (Doc. 8), is DISMISSED; and

8        3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

9            This order terminates the action in its entirety.

10   IT IS SO ORDERED.

11   **Dated:    March 13, 2007**                    **/s/ Lawrence J. O'Neill**

12   b9ed48                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28